**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  ANDRE WASHINGTON                                              Case Number: 06-70668
1645 FIFTH AVE.                SSN-xxx-xx-0501
ROCKFORD, IL  61102

                                                                   Case filed on:    4/21/2006
                                                              Plan Confirmed on:     8/7/2006
                            C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $2,617.50        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 2,200.00 | 2,200.00 | 1,111.93 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 1,111.93 | 0.00 |
| 002 | MONICA GILBERT | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ILLINOIS DEPT OF HEALTHCARE | 26,632.35 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 26,632.35 | 0.00 | 0.00 | 0.00 |
| 999 | ANDRE WASHINGTON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CHASE 8 INC. | 3,749.00 | 3,749.00 | 1,341.21 | 0.00 |
| 023 | CHASE 8 INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 3,749.00 | 3,749.00 | 1,341.21 | 0.00 |
| 004 | ADVANCE CASH EXPRESS | 200.00 | 200.00 | 0.00 | 0.00 |
| 005 | ALL CREDIT LENDERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CASH ASAP | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CASH LOAN STORE | 512.15 | 512.15 | 0.00 | 0.00 |
| 008 | CHECK N GO | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CRUSADER CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | HSBC TAXPAYER FINANCIAL SERVICES | 507.49 | 507.49 | 0.00 | 0.00 |
| 011 | IHC SWEDISH AMERICAN E.R. PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | OSF LIFELINE AMBULANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | RADIOLOGY CONSULTANTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ROCKFORD MERCANTILE AGENCY INC | 1,760.85 | 1,760.85 | 0.00 | 0.00 |
| 015 | ST. ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | WINNEBAGO COUNTY CIRCUIT CLERK | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | CERTEGY PAYMENT RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | CERTEGY PAYMENT RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | CYBR COLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | TRS RECOVERY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | CREDITORS BANKRUPTCY SERVICE | 167.55 | 167.55 | 0.00 | 0.00 |
| 024 | CARLA HAWTHORNE | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | ECMC | 11,636.23 | 11,636.23 | 0.00 | 0.00 |
|  | Total Unsecured | 14,784.27 | 14,784.27 | 0.00 | 0.00 |
|  | Grand Total: | 47,365.62 | 20,733.27 | 2,453.14 | 0.00 |

Total Paid Claimant:       $2,453.14
Trustee Allowance:         $164.36          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    0.00             discharging the trustee and the trustee's surety from any and all
                                            liablility on account of the within proceedings, and closing the estate,
                                            and for such other relief as is just.  Pursuant to FRBP, I hereby
                                            certify that the subject case has been fully administered.

Report Dated:

                                                       /s/ Lydia S. Meyer
                                                    Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on  06/25/2008          By   /s/Heather M. Fagan